838

No. 774. TIME, INC. v. HARTMANN. C. C. A. 3d. Certiorari denied. *Wm. Dwight Whitney* and *Francis H. Scheetz* for petitioner.

No. 783. FLOYD v. RING CONSTRUCTION CORP. C. C. A. 8th. Certiorari denied. *Benedict Deinard* for petitioner. *Josiah E. Brill* for respondent.

No. 781. NEUMATICOS GOODYEAR, S. A., v. UNITED STATES. Court of Claims. Certiorari denied. *Daniel James* and *Gustav B. Margraf* for petitioner. *Solicitor General Perlman* for the United States.

No. 769. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK v. SECURITIES & EXCHANGE COMMISSION. C. C. A. 2d. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Frank C. Bowers* for petitioner. *Solicitor General Perlman, Roger S. Foster, Sidney H. Willner* and *Solomon Freedman* for respondent.

No. 383, Misc. DWYER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 420, Misc. PEEL v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 441, Misc. BERRY v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 459, Misc. WILSON v. UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and

*Robert S. Erdahl* for the United States.

No. 23. FEDERAL TRADE COMMISSION *v.* CEMENT INSTITUTE ET AL.;

No. 24. FEDERAL TRADE COMMISSION *v.* AETNA PORTLAND CEMENT CO. ET AL.;

No. 26. FEDERAL TRADE COMMISSION *v.* CALAVERAS CEMENT CO. ET AL.;

No. 27. FEDERAL TRADE COMMISSION *v.* HURON PORTLAND CEMENT CO.;

No. 34. FEDERAL TRADE COMMISSION *v.* SMITH ET AL.;

No. 25. FEDERAL TRADE COMMISSION *v.* MARQUETTE CEMENT MANUFACTURING CO.;

No. 28. FEDERAL TRADE COMMISSION *v.* SUPERIOR PORTLAND CEMENT, INC.;

No. 29. FEDERAL TRADE COMMISSION *v.* NORTHWESTERN PORTLAND CEMENT CO.;

No. 30. FEDERAL TRADE COMMISSION *v.* RIVERSIDE CEMENT CO.;

No. 31. FEDERAL TRADE COMMISSION *v.* UNIVERSAL ATLAS CEMENT CO.; and

No. 32. FEDERAL TRADE COMMISSION *v.* CALIFORNIA PORTLAND CEMENT CO., 333 U. S. 683. Rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 219. MONTAGUE *v.* SMITH ET AL., 332 U. S. 767. Rehearing denied.

No. 693. LONDON EXTENSION MINING CO. *v.* COMMISSIONER OF INTERNAL REVENUE, 333 U. S. 881. Rehearing denied.